Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Cobalt Partners, L.P., et al. )
                              )  Case No: 3:16-cv-02263
         Plaintiff(s),        )
                              )  **APPLICATION FOR**
    v.                        )  **ADMISSION OF ATTORNEY**
                              )  **PRO HAC VICE**
SunEdison, Inc., et al.       )  (CIVIL LOCAL RULE 11-3)
                              )
         Defendant(s).        )

I, Adam S. Hakki, an active member in good standing of the bar of Appellate Division of the Supreme Court of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Please see Exhibit A in the above-entitled action. My local co-counsel in this case is Patrick D. Robbins, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Shearman & Sterling LLP - 599 Lexington Ave, New York, NY 10022-6069 | Shearman & Sterling LLP - 535 Mission Street, 25th Floor, San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 848-4000 | (415) 616-1210 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| adam.hakki@shearman.com | probbins@shearman.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2925162.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/17/16                                  Adam S. Hakki
                                                 APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Adam S. Hakki is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 24, 2016.
                                                 [signature]
                                                 UNITED STATES DISTRICT/MAGISTRATE JUDGE